IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TORRENCE McCARTHY, | : | Civil No. 1:20-cv-2467 |
| Petitioner, | : | |
| v. | : | (Magistrate Judge Carlson) |
| THOMAS McGINLEY,<br>Superintendent, et al., | : | |
| Respondents. | : | |

## ORDER

AND NOW, this day of 9th December 2021, for the reasons outlined in the accompanying Memorandum Opinion, IT IS HEREBY ORDERED THAT the petition for a writ of habeas corpus in this case is DENIED, and that a certificate of appealability will not issue. The Clerk of Court is directed to mark this case as closed.

*S/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge