# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TORRENCE McCARTHY, | : | Civil No. 1:20-cv-2467 |
| Petitioner, | : | |
| v. | : | (Magistrate Judge Carlson) |
| THOMAS McGINLEY,<br>Superintendent, et al., | : | |
| Respondents. | : | |

## ORDER

AND NOW, this day of 9th day of August 2022, the court of appeals having referred this matter to the undersigned for the purpose of consideration of the petitioner's motion for extension of time to file an appeal pursuant to Rule 4(a)(5) Fed. R. App. P., and noting that the filings made in the court of appeals on this score are not reflected on our docket, IT IS ORDERED as follows:

On or before **August 23, 2022**, the petitioner will filed a Rule 4(a)(5) motion, along with a certificate of concurrence or non-concurrence and an accompanying brief.

The respondents may then file a response to this motion on or before **September 6, 2022**.

Any reply brief in support of the motion shall be filed on or before **September 20, 2022.**

*S/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge
